IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN LEONARD EDMONSTON,
Duly Appointed Personal Representative
of the Estate of Justin Lee Edmonston                    PLAINTIFF

v.                    No. 3:19-cv-39-DPM

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON                                        DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2019